UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  ED CV 11-1288-PSG (PLA)                                      Date  October 12, 2011

Title:  Kevin Faulkner v. L.S. McEwen

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:
NONE                                                                               NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

On August 23, 2011, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. In particular, petitioner was ordered to file a status report in this Court informing the Court of his progress in exhausting his currently unexhausted claims in state court. The status report was due **on or before October 1, 2011**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than November 14, 2011, petitioner is ordered to show cause** why the stay on this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's August 23, 2011, Order, shall be deemed compliance with this Order to Show Cause.


cc:     Kevin Faulkner, pro se




Initials of Deputy Clerk   ch