UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  ED CV 11-1288-PSG (PLA)                                    Date  June 12, 2012

Title:   Kevin Faulkner v. L.S. McEwen

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS                       ☐ U.S. DISTRICT JUDGE
                                                               ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**             **ATTORNEYS PRESENT FOR RESPONDENT:**
                NONE                                             NONE

**PROCEEDINGS:**         **(IN CHAMBERS)**

On August 23, 2011, this Court issued an Order granting petitioner's request for a stay in this matter, subject to certain terms and conditions. In particular, petitioner was ordered to file periodic status reports in this Court informing the Court of his progress in exhausting his currently unexhausted claims in state court. The latest status report was due **on or before May 28, 2012**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than July 12, 2012, petitioner is ordered to show cause** why the stay in this action previously imposed by the Court should not be lifted. Filing the required status report with this Court and **strict** compliance with the additional requirements set forth in the Court's August 23, 2011, Order, shall be deemed compliance with this Order to Show Cause.


cc:      Kevin Faulkner, Pro se




Initials of Deputy Clerk     ch