O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KEVIN FAULKNER, | No. ED CV 11-1288-JGB (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L. S. McEWEN, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: August 4, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE